IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02339-CMA-MEH

MARVIN MOBLEY,

    Plaintiff,

v.

WELTMAN, WEINBERG & REIS CO., L.P.A., an Ohio professional corporation, and LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 6), it is

ORDERED that this case is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: November  05 , 2010

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Court Judge